1    D. SCOTT CHANG # 146403
     Relman & Associates PLLC
2    1225 19th Street N.W., Suite 600
     Washington DC 20036-2456
3    Telephone: (202) 728-1888
     Facsimile: (202) 728-0848
4    email: schang@relmanlaw.com

5    Attorney for Plaintiffs
     Emily and Steven Gallagher
6
     PETER G. LOMHOFF # 61931
7    1300 Clay Street, Suite 820
     Oakland, California 94612
8    Telephone:  (510) 763-5611
     Facsimile: (510) 763-3430
9
     Attorney for Plaintiff
10   Fair Housing of Marin

11   ANDREW WIENER #115254
     LAW OFFICE OF ANDREW WIENER
12   58 Maiden Lane, 2nd Floor
     San Francisco, California 94108
13   Telephone: (415) 365-4002
     Facsimile: (415) 391-0555
14
     Attorney for Defendants
15

16                   UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18

19   _____
                                    )   Case No. C-04-4600-EDL
20   FAIR HOUSING OF MARIN, a California )
     non-profit corporation; EMILY GALLAGHER;)  STIPULATION OF DISMISSAL
21   STEVEN GALLAGHER;              )   WITH COURT TO RETAIN
                                    )   JURISDICTION TO ENFORCE
22                   Plaintiffs,    )   TERMS OF SETTLEMENT
            vs.                     )   AGREEMENT FOR TWO YEARS;
23                                  )   [PROPOSED] ORDER
     BRIDGECREEK APARTMENTS LLC;    )
24   HARRY B. STEHR as trustee of the HARRY B.)
     AND JANE D. STEHR 1994 FAMILY TRUST;)
25   JANE D. HOWDEN-STEHR as trustee of the )
     HARRY  B.  AND  JANE  D.  STEHR  1994 )
26   FAMILY TRUST                   )
                                    )
27                   Defendants.    )
                                    )
28   _____)

1      Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties

2  by their respective counsel of record, hereby stipulate that the above-entitled action is

3  dismissed with prejudice, except that the court will retain jurisdiction to enforce the

4  terms of the settlement agreement for a period of two (2) years from the date of the

5  dismissal.

6                                 D. SCOTT CHANG
                                 Relman & Associates PLLC

7                                 1225 19th Street N.W., Suite 600
                                 Washington DC 20005

8                                 (202) 728-1888

9

10      Dated: June 27, 2005.

11

                                 By_____/s/_____

12                                       D. Scott Chang
                                    Attorney for Plaintiffs

13                                 Emily and Steven Gallagher

14                               PETER G. LOMHOFF
                               1300 Clay Street, Suite 820

15                               Oakland, California 94612
                               (510) 763-5611

16      Dated: June 27, 2005.

17

                                 By_____/s/_____

18                                       Peter Lomhoff
                                    Attorney for Plaintiff

19                                 Fair Housing of Marin

20                               ANDREW WIENER
                               LAW OFFICE OF ANDREW WIENER

21                               58 Maiden Lane, 2nd Floor
                               San Francisco, California 94108

22                               (415) 365-4002

23

24      Dated: June 17, 2005

25                                 By _____/s/_____

26                                     Andrew Wiener
                               Attorney for Defendants

27

28

STIPULATION OF DISMISSAL WITH COURT TO RETAIN
JURISDICTION TO ENFORCE TERMS OF SETTLEMENT
AGREEMENT FOR TWO YEARS; [PROPOSED] ORDER
CASE NO. 04-4600 EDL

1                              [~~PROPOSED~~] ORDER

2              Pursuant to stipulation, it is hereby ordered that the above-entitled action is

3     dismissed with prejudice, except that the court will retain jurisdiction for a period of two

4     years to enforce the terms of the settlement agreement.

5              Pursuant to stipulation, it is so ordered.

6     Dated: ___June 28, 2005_____.

7

8

9     _____
                                  Elizabeth D. Laporte
10                    United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH COURT TO RETAIN
JURISDICTION TO ENFORCE TERMS OF SETTLEMENT
AGREEMENT FOR TWO YEARS; [PROPOSED] ORDER
CASE NO. 04-4600 EDL